UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **WILLIAM BERNARD FREEMAN** | **DOCKET NO. 1:22-CV-00470** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN MERRENDINO** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 3] of the Magistrate Judge, and after a de novo review of the record, noting the OBJECTION TO REPORT AND RECOMMENDATION [Doc. 4] filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS under 28 U.S.C. § 2241 [Doc. 1] is DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers, this 12th day of April, 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE